January 29, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

HARRIS COUNTY FRESH WATER SUPPLY DISTRICT NO. 61, Appellant

NO. 14-12-00496-CV                  V.

FWO DEVELOPMENT, LTD, Appellee

_____

This is an accelerated appeal from that portion of the summary judgment in favor of appellee, FWO Development, LTD, signed May 8, 2012, denying appellant Harris County Fresh Water Supply District No. 61's jurisdictional challenges. It was heard on the transcript of the record. We have inspected the record and find no error in that portion only of the judgment. We order that portion only of the judgment of the court below **AFFIRMED**.

We order appellant, Harris County Fresh Water Supply District No. 61, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.